**UNITED STATES of America, Plaintiff–Appellee**

v.

**Ray Shawn FREENEY, Defendant–Appellant.**

**No. 14–10754**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

March 10, 2016.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Donna Marie Hoffmann, Esq., Dallas, TX, for Defendant–Appellant.

Ray Shawn Freeney, Beaumont, TX, pro se.

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

published and is not precedent except under

**392**

PER CURIAM: *

The attorney appointed to represent Ray Shawn Freeney has moved for leave to withdraw and has filed a supplemental brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Freeney has not filed a response to either counsel's original brief or to her supplemental brief. We have reviewed counsel's supplemental brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

